# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL ICE TATE, | Case No. 23-CV-708 (NEB/JFD) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| C. LEPE, *Warden*, | |
| Respondent. | |

The Court has received the April 5, 2023 Report and Recommendation of United States Magistrate Judge John F. Docherty. (ECF No. 8.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 8) is ACCEPTED; and

2. This matter be TRANSFERRED to the United States District Court for the District of Colorado pursuant to 28 U.S.C. Section 1406(a).

Dated: May 15, 2023

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge